# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| VYRONE FINNEY, ) | |
| ) | CASE NO. 5:23-CV-01998 |
| Plaintiff, ) | |
| ) | JUDGE BRIDGET M. BRENNAN |
| vs. ) | |
| ) | |
| AKRON CITY SCHOOL DISTRICT ) | |
| BOARD OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and applicable rules, all parties who have made an appearance in the instant action hereby stipulate that the Plaintiff hereby dismisses the instant action with prejudice as the parties have reached an amicable resolution of the underling disputes.

Respectfully submitted,

*/s/ Matthew John Markling*
MATTHEW JOHN MARKLING (0068095)
McGown & Markling Co., LPA
1894 North Cleveland-Massillon Road
Akron, OH  44333
(330) 670-00005
(330) 670-0002 – Fax
mmarkling@mcgownmarkling.com

*Counsel for Plaintiff*

*/s/ Kirsten L. Smith (via email consent 6/23/24)*
KIRSTEN L. SMITH (0099074)
JACQUENETTE S. CORGAN (0072778)
Assistant Directors of Law
172 S. Broadway, Suite 200
Akron, OH 44308
(330) 375-2030
(330) 375-2041 – Fax
Email: klsmith@akronohio.gov
jcorgan@akronohio.gov

*Counsel for Defendants Drew Campbell, Marcus Muster and Doug Sandor*

*/s/ John T. McLandrich (via email consent 6/23/24)*
JOHN T. MCLANDRICH (0021494)
EDMOND Z. JABER (0096355)
JILLIAN ECKART (0088770)
Mazanec, Raskin & Ryder Co., LPA
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com
ejaber@mrrlaw.com
jeckart@mrrlaw.com

*Counsel for Defendants Akron City School District Board of Education, Bruce Alexander, NJ Akbar, Diana Autry, Ginger Baylor, Patrick Bravo, Derrick Hall, Carla Jackson, Morgan Lasher, Lisa Mansfield, Valerie McKitrick, Tim Miller, Rene Molenaur, Job Perry, Curtis Walker, David James, Christine Fowler-Mack, Mary Outley, Ellen McWilliams-Woods, Mark Black, Kathleen McVey, Tod Wammes, Tammy Brady, Dan Rambler, Joshua Allen, Ryan Pendleton, Todd Adkins and Diana Feitl*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Matthew John Markling*
> MATTHEW JOHN MARKLING (0068095)
> *Counsel for Plaintiff*