UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VYRONE A. FINNEY, | ) | CASE NO. 5:23-CV-01998 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| AKRON CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

The Court is in receipt of the parties' Stipulated Dismissal with Prejudice. (Doc. 62.)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Date:  June 27, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE